UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80196-AHS

UNITED STATES OF AMERICA

vs.

RICHARD GARIPOLI,

        **Defendant.**
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around January 2018 and continuing through in or around September 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, RICHARD GARIPOLI ("GARIPOLI"), did knowingly combine, conspire and agree with others, in violation of Title 18, United States Code, Section 1349, to commit health care fraud, that is, to knowingly and willfully execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false or fraudulent pretenses, representations, or promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24.

GARIPOLI was the owner of Lotus Health Telemed, LLC ("Lotus Telemed") and Lotus Health Services, LLC ("Lotus Services") (collectively, "Lotus Health"), corporations organized

under the laws of the State of Florida, with their principal places of business in the Southern District of Florida. Lotus Telemed and Lotus Services were telemedicine companies that purported to enable medical providers to access patient records electronically and remotely, and to prescribe medical services to individuals, including genetic tests. Through Lotus Telemed and Lotus Services, GARIPOLI's co-conspirators obtained prescriptions for genetic testing of Medicare beneficiaries that were not eligible for reimbursement by the Medicare program.

Specifically, patient brokers targeted and recruited Medicare beneficiaries to receive genetic testing through telemarketing and other campaigns. After beneficiaries agreed to take the genetic tests, the patient brokers paid Lotus Health for consultations provided by telemedicine doctors, who used the Lotus Health software platform to sign requisition orders authorizing the genetic testing. As GARIPOLI knew or had every reason to know but deliberately avoided knowing, the telemedicine doctors were not treating the beneficiary for any specific medical problem, symptom, illness, or diagnosis, and the telemedicine doctors did not use the results in the management of any beneficiary's specific medical problems. The patient brokers sold the genetic tests and doctor's orders to laboratories, including LabSolutions, LLC, which then billed Medicare for the tests.

As a result of GARIPOLI's participation in the conspiracy, GARIPOLI received approximately $174,355. In addition, as a result of GARIPOLI's participation in the conspiracy, LabSolutions, LLC billed Medicare approximately $10,826,954 for genetic tests that were not eligible for reimbursement, of which Medicare paid approximately $6,332,942.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all the facts known

to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 1/17/23        By: _____
                          RICHARD GARIPOLI
                          Defendant

DATE: 1/17/23        By: _____
                          TODD WEICHOLZ, ESQ.
                          Attorney for Defendant

DATE: 1/17/23        By: _____
                          LEONARD FEUER, ESQ.
                          Attorney for Defendant

DATE: 1/17/23        By: _____
                          ALEXANDER THOR POGOZELSKI
                          Trial Attorney
                          Criminal Division, Fraud Section

3