```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     Case No. 19-CR-81096-SINGHAL
3

4   UNITED STATES OF AMERICA,)
                             )
5            Plaintiff,      )
                             )
6        -v-                 )
                             )
7   RICHARD GARIPOLI,        )
                             )
8            Defendant.      )   Fort Lauderdale, Florida
                             )   January 17, 2023
9   _____ )   12:12 p.m.

10

11                  TRANSCRIPT OF PLEA PROCEEDINGS

12              BEFORE THE HONORABLE RAAG SINGHAL

13                      U.S. DISTRICT JUDGE

14  Appearances:

15
    For the Government:        ALEXANDER POGOZELSKI
16                             US DEPARTMENT OF JUSTICE
                               1400 New York Avenue, NW
17                             Washington, DC  20005

18  For the Defendant:         LEONARD FEUER, ESQ.
                               500 South Australian Avenue
19                             Suite 500
                               West Palm Beach, Florida  33401
20                                      -and-
                               LAING & WEICHOLZ, PL
21                             BY:  TODD A. WEICHOLZ, ESQ.
                               6111 Broken Sound Parkway NW
22                             Boca Raton, Florida  33487

23
    Reporter:                  Karl Shires, RMR, FCRR
24  (954) 769-5496             Official Court Reporter
                               299 East Broward Boulevard, # 110B
25                             Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

1      (Call to Order of the Court.)

2          THE COURT:  We're here this afternoon on United States

3  of America versus Richard -- I'm going to say -- Garipoli.

4  You'll correct me in terms of the pronunciation.  We are here

5  regarding a change of plea hearing.  Let me start off first

6  with appearances for the government.

7          MR. POGOZELSKI:  Good afternoon, Your Honor.

8  Alexander Pogozelski on behalf of the United States.

9          THE COURT:  Nice to see you, Mr. Pogozelski.

10         MR. POGOZELSKI:  Nice to see you as well, Judge.  Also

11  at counsel table I have Special Agent Brian Frank from the US

12  Department of Health and Human Services, Office of Inspector

13  General.

14         THE COURT:  All right.  Good to see you as well.

15         And then how about for the defense?

16         MR. FEUER:  Good afternoon, Your Honor.  Lenoard Feuer

17  on behalf of Mr. Garipoli.  And with me is -- co-counsel is

18  Todd Weicholz.

19         THE COURT:  Nice to see you both.

20         MR. WEICHOLZ:  Good afternoon, sir.

21         THE COURT:  And, sir, so is that right?  Garipoli?

22         THE COURTROOM DEPUTY:  Yes, Richard Garipoli.

23         THE COURT:  All right.  So there's an old World War I

24  movie called Gallipoli, and I was rhyming your name with that

25  because I thought maybe that's how you pronounce it.  So I

1    apologize.

2              THE DEFENDANT:  In Italy I think that's actually how

3    they pronounce it, but over here we say Garipoli.

4              THE COURT:  Garipoli.  Got it.

5              All right.  So Mr. Garipoli, what we're going to do

6    today is talk about your case a little bit.

7              THE DEFENDANT:  Okay.

8              THE COURT:  I'm going to go over with you a number of

9    things that I'm 100 percent certain you've gone over with your

10   lawyers, but you've never gone over them with me.  When I'm

11   told that someone wants to come to court and enter a guilty

12   plea, it's my job to make sure that that is in fact what the

13   defendant wants to do and that he or she understands the rights

14   that are being given up.  And it's particularly important in

15   this case because I don't have what's called a plea agreement

16   in this case.  So there are a couple of documents I'm going to

17   really be talking to you about.  Those are the indictment and

18   the agreed factual basis for the guilty plea.  And then we're

19   going to go through what a guilty plea means.

20             So I just want to begin by swearing you in.  If you

21   would, would you raise your right hand for me.

22        (The Defendant was duly sworn.)

23             THE COURT:  Go ahead and have a seat.

24             Look, it's not the place that you want to be today,

25   but you're between two very good lawyers.  If you have any

| | |
|---|---|
| 1 | questions for them, you absolutely should take the time to |
| 2 | speak with them here today.  And if you have any questions for |
| 3 | me, you should ask me because none of this is about confusion. |
| 4 | It's quite the opposite.  It really about making sure that you |
| 5 | completely understand what's happening here.  Okay? |
| 6 | THE DEFENDANT:  Thank you. |
| 7 | THE COURT:  All right.  So let me begin by this.  Give |
| 8 | me a little bit of background about yourself.  How far did you |
| 9 | go in school? |
| 10 | THE DEFENDANT:  Well, I -- my furthest, the furthest I |
| 11 | went, I graduated from a technical school for computer |
| 12 | networking, and it was back in 2000, 2001. |
| 13 | THE COURT:  And certainly based on your level of |
| 14 | education and all of the things that you've done in life, |
| 15 | you're comfortable reading and writing English? |
| 16 | THE DEFENDANT:  Yes. |
| 17 | THE COURT:  The questions I ask you are a combination |
| 18 | of personalized ones and ones that I would ask anybody.  So |
| 19 | it's not meant to embarrass you in any way.  But the documents |
| 20 | that we're talking about, the indictment and the agreed factual |
| 21 | basis for guilty plea, are not the normal documents that one |
| 22 | would choose to read, and so sometimes they can have technical |
| 23 | terms. |
| 24 | Were you able to read and understand those documents |
| 25 | as well as the discovery, which is basically the evidence |

1   against you in this case?

2            THE DEFENDANT:  Yes, I was.  And, yeah, it was a lot

3   of discovery that we went through so.

4            THE COURT:  Yes.  And you carefully went through that

5   with your lawyers so that you could come to an understanding of

6   what the case was about and what the government was going to

7   use in terms of prosecuting you, correct?

8            THE DEFENDANT:  Yes.

9            THE COURT:  In your lifetime, have you ever had an

10  issue with alcohol use or drug use that required treatment?

11           THE DEFENDANT:  No.

12           THE COURT:  How about any mental health issues?  Have

13  you ever sought treatment -- and, keep in mind, there's nothing

14  wrong with any of this -- ever sought treatment from a

15  psychiatrist or psychologist?

16           THE DEFENDANT:  Uhm, I had spoken with a counselor

17  when we were -- I was going through a custody thing before I

18  got married.  Yes, so I did, you know, speak with a therapist.

19           THE COURT:  No worries.  If you had to think about it

20  that hard, it's not going to be an issue here today.  My

21  question for you really is geared toward your level of

22  understanding here.  And so based on those meeting with those

23  particular types of doctors, did they ever prescribe

24  medications for you?

25           THE DEFENDANT:  No, I didn't get any medications

| 1 | prescribed. |
| 2 | THE COURT:  Okay. |
| 3 | THE DEFENDANT:  The therapist never prescribed me any |
| 4 | medications, no. |
| 5 | THE COURT:  As you sit here today, are you clearly |
| 6 | understanding my conversation with you and your conversations |
| 7 | with your two lawyers? |
| 8 | THE DEFENDANT:  Yes.  Yes, I'm completely sober. |
| 9 | THE COURT:  Okay. |
| 10 | THE DEFENDANT:  Always. |
| 11 | THE COURT:  How about just treatment from a medical |
| 12 | doctor who would prescribe what I would call daily medications? |
| 13 | THE DEFENDANT:  No, I'm not on any medication at all. |
| 14 | THE COURT:  All right.  So you come to court today |
| 15 | accused by an indictment, which is a document that tells you |
| 16 | what your charges are.  The purpose of an indictment is really |
| 17 | to inform you of the charges so that you can decide how to |
| 18 | craft your defense. |
| 19 | In your case, you're accused of 13 different counts. |
| 20 | And they are, first, conspiracy to commit health care fraud and |
| 21 | wire fraud.  That charge is contrary to 18 United States Code |
| 22 | § 1349.  Sir, that charge is punishable by a worst-case |
| 23 | scenario of 20 years' imprisonment, three years' supervised |
| 24 | release, and a fine of the greater of $250,000 or twice the |
| 25 | gross pecuniary gain or loss, and then lastly a $100 special |

```
1    assessment.
2            So far are you with me in terms of the charge on
3    Count 1 and the maximum penalties?
4            THE DEFENDANT:  Yes.
5            THE COURT:  Okay.  Now, before I go to the other
6    charges, in your factual basis that you've agreed to for the
7    guilty plea, on page 2, the last full paragraph, it says, as a
8    result of Garipoli's participation in the conspiracy, Garipoli
9    received approximately $174,355.
10           In addition, as a result of Garipoli's participation
11   in the conspiracy, Lab Solutions, LLC, billed Medicare
12   approximately $10,826,954 for genetic tests that were not
13   eligible for reimbursement, of which Medicare paid
14   approximately $6,332,942.
15           Are you aware of that paragraph and those specific
16   numbers?
17           THE DEFENDANT:  Yes, I am.
18           THE COURT:  Okay.  The reason I bring that up now is
19   because that can weigh into the calculation of the fine amount.
20           Do you understand?
21           THE DEFENDANT:  Okay.
22           THE COURT:  Any questions about that?
23           THE DEFENDANT:  No.
24           THE COURT:  Okay.  All right, sir.  Counts 2 through
25   6, so that's five separate counts, are health care fraud.
```

1    Health care fraud is a crime contrary to 18 United States

2    Code § 1347.  That crime is punishable on each count by up to

3    ten years in prison, three years' supervised release, and the

4    same type of fine calculation.  Each of these counts also would

5    carry a $100 special assessment.

6            Do you understand those five counts and the maximum

7    penalties?

8            THE DEFENDANT:  Yes.

9            THE COURT:  Count 7 is conspiracy to defraud the

10   United States and to pay and receive health care kickbacks.

11   That charge is contrary to 18 United States Code § 371.  That

12   charge is punishable by up to five years in prison, up to three

13   years' supervised release, and the same type of fine

14   calculation, and a $100 special assessment.

15           Do you understand that count and the maximum

16   penalties?

17           THE DEFENDANT:  Yes.

18           THE COURT:  And then lastly, another grouping of five

19   counts -- six counts.  Counts 8 through 13 is payment of

20   kickbacks in connection with a federal health care program.

21   That's contrary to Title 42 United States Code § 1320.  Maximum

22   possible penalty on each of the six counts is ten years'

23   imprisonment, three years' supervised release, the same fine

24   calculation, $100 special assessment as to each count.

25           Do you understand those counts and the maximum

1   penalties?

2           THE DEFENDANT:  Yes, I do.

3           THE COURT:  Okay.  So what I'm going to do is I'm

4   going to ask the prosecutor to describe the elements on each of

5   the counts.  I'm then going to ask your lawyers some questions.

6   You just kind of keep up with that, and then I'll ask you

7   questions based on that.  Okay?

8           All right.  Mr. Pogozelski, I guess it's really just

9   four sets of elements since there's four sets of counts.

10          MR. POGOZELSKI:  Sure.  So for Count 1, to commit the

11  violation of 18 United States Code 1349, conspiracy to commit

12  health care fraud and wire fraud, there are two elements.

13          Two or more persons in some way or manner agreed to

14  try to accomplish a common and unlawful plan to commit health

15  care fraud and/or wire fraud as charged in Count 1.

16          Element two, the defendant knew the unlawful purpose

17  of the plan and willfully joined in it.

18          Now, for the health care fraud counts, there are five

19  elements.  First, the defendant knowingly executed or attempted

20  to execute a scheme or artifice to defraud a health care

21  benefit program or to obtain money or property owned by or

22  under the custody or control of a health care benefit program

23  by using false or fraudulent pretenses, representations, or

24  promises.

25          Element two, the health care benefit program affected

1    interstate commerce.

2            Element three, the false or fraudulent pretenses,

3    representations, or promises related to a material fact.

4            Element four, the defendant acted willfully and

5    intended to defraud.

6            And element five, the defendant did so in connection

7    with the delivery of or payment for health care benefit items

8    or services.

9            If you'll give me one second, Your Honor.

10           THE COURT:  Sure.

11           MR. POGOZELSKI:  There are a lot of counts in here.

12           For the 18 United States Code § 371 charge, that

13   charges conspiracy to defraud the United States and to receive

14   kickback payments, the elements are:

15           Two or more persons in some way or manner agreed to

16   try to accomplish a common and unlawful plan to defraud the

17   United States, first object.

18           Second, to receive illegal health care kickback

19   payments.

20           And I think the remaining counts are the substantive

21   kickback counts.

22           And again, just one moment, Your Honor.  I apologize.

23           THE COURT:  No worries.

24           MR. POGOZELSKI:  All right.  For Counts 8 through 13,

25   soliciting and receiving kickbacks, in violation of 42 United

1   States Code § 1320(a)-7b(b)(1)(B), the elements are:

2          A defendant solicited or received any remuneration,

3   including any bribe or kickback, directly or indirectly, openly

4   or secretly.

5          Two, the payment or offer of payment by defendant was

6   made to a person to induce that person to refer an individual

7   to a person for the furnishing or arranging for the furnishing

8   of an item or service that could be paid for in whole or in

9   part by a federal health care program, in this case Medicare.

10          And third, the defendant did so knowingly and

11   willfully.

12          Thank you for your patience, Your Honor.

13          THE COURT:  No worries.  Thank you, Mr. Pogozelski.

14          Counsel, Mr. Feuer, do you agree that those are in

15   fact the elements the government would need to prove as to the

16   13 counts?

17          MR. FEUER:  More or less, Your Honor.  I say that --

18   my client is pleading to Count 1 exclusively.  The recitation

19   of the elements for all counts, with the exception of the

20   anti-kickback, are absolutely correct.  I was following the

21   jury instructions for the Eleventh Circuit.

22          With respect to the kickback count, which my client is

23   not pleading to today, and I don't want to take up too much

24   time on this, but to give you a straight answer, we were

25   planning to challenge that based on the Rueland case out of the

```
 1    US Supreme Court from June of this past year.  And there is no
 2    Eleventh Circuit standard instruction on that.  So we --
 3    generally, yes, but we -- there's a knowingly component we
 4    would have argued should be applied.
 5            THE COURT:  Okay.  Understood.  Let's talk about it a
 6    little bit.  Two things.
 7            First, Mr. Garipoli, I saw you kind of motion to have
 8    them leave the courtroom.  If it's affecting you and your
 9    ability to concentrate, I understand.  But, believe me, I've
10    heard a lot worse.  So they're fine.
11            THE DEFENDANT:  All right.  I was getting stressed out
12    because I didn't want you to get stressed out over it.
13            THE COURT:  Look, I've got three kids that are in
14    their 20s and almost 30.  Been through it all.  So that's fine
15    with me.  If it's stressing you out, though, then you let me
16    know and we'll do that.  But you do not have to worry about me.
17            THE DEFENDANT:  Thank you.
18            THE COURT:  And these lawyers know me pretty well.  So
19    you don't have to worry about that.
20            THE DEFENDANT:  Okay.
21            THE COURT:  But talk to me about this.  There's no
22    plea agreement, but I'm hearing it's a plea just as to Count 1.
23            So, Mr. Pogozelski, if you could flush that out.
24            MR. POGOZELSKI:  Absolutely.  What we have negotiated
25    is an agreed-upon factual basis that satisfies the elements to
```

1  the health care fraud object of Count 1, so conspiracy to

2  commit health care fraud, and those are the facts that he has

3  admitted to.  So it's not the second object, the wire object.

4         We've also reached an agreement that after sentencing

5  the government will dismiss all remaining counts in the

6  indictment.

7         THE COURT:  Okay.  And I guess the best way to say it

8  is, in the way that you both are presenting it, that's the

9  extent of the agreement.  It's those counts.  There's no other

10  agreement in terms of sentence, joint recommendation in terms

11  of rights that the defendant's giving up, anything else?

12         MR. POGOZELSKI:  No.

13         THE COURT:  Okay.

14         MR. POGOZELSKI:  The only other -- the factual basis

15  also sets for the amount of money that he received, and that's

16  a forfeiture amount that's legally sufficient that we

17  anticipate the forfeiture attorney filing the appropriate

18  motion --

19         THE COURT:  Sure.

20         MR. POGOZELSKI:  -- shortly after.

21         THE COURT:  Okay.

22         MR. POGOZELSKI:  And then one other little quirk,

23  because I know this is highly unusual, just like my sentencing

24  with you last week, is that we've also -- the factual basis

25  shortens the conspiracy period.  So in the indictment it starts

 1    in January of 2017.  The agreed-upon facts have a conspiracy

 2    period that begins January 1, 2018.

 3          THE COURT:  Okay.  So that clarifies a few things for

 4    me, and it also makes sense why I may have thrown you off by

 5    asking for the elements on all 13, as opposed to just one.  So

 6    no worries there.

 7          Then let me -- well, let's do it this way then.

 8    Mr. Feuer, if you could, could you describe for me briefly how

 9    you and Mr. Weicholz and Mr. Garipoli got ready for today's

10    hearing?

11          MR. FEUER:  Your Honor, I have reviewed Rule 11 with

12    my client.  I've reviewed 3553(a) with my client, the factual

13    basis, as well as, based on experience, what he could expect

14    here today.

15          THE COURT:  And then your client had previously said

16    there was a lot of discovery.  And, obviously, you carefully

17    went over all of that with him?

18          MR. FEUER:  As best we could, Your Honor, yes.

19          THE COURT:  Got it.

20          All right.  So Mr. Garipoli, you've heard what the

21    lawyers have just said.  Let me put it into a little bit of a

22    different context than how we started.  You remember when we

23    started, I went through all 13 counts and told you the maximum

24    penalties.  Looks like really we're dealing with Count 1, which

25    is conspiracy to commit health care fraud and wire fraud.  The

1    maximum penalty there is 20 years in prison, three years'

2    supervised release, and then, of course, the fine calculation

3    we were talking about.

4            MR. FEUER:  Your Honor, I believe the maximum penalty,

5    seeing as the wire fraud is no longer an object of the

6    conspiracy, but the maximum penalty is ten years' imprisonment.

7            THE COURT:  Okay.

8            MR. POGOZELSKI:  That's correct, Your Honor.  The

9    agreed-upon factual admission is for the health care fraud

10   conspiracy object and not the wire fraud object.

11           THE COURT:  So it's punishable similarly to Counts 2

12   through 6 then.

13           MR. POGOZELSKI:  That's correct.  Ten years.

14           THE COURT:  Got it.

15           All right.  And Mr. Garipoli, you've heard what the

16   lawyers have just talked about in terms of the elements and in

17   terms of how you and they got ready for today.  Are you in

18   agreement with how you got ready for today's hearing?

19           THE DEFENDANT:  Yes.

20           THE COURT:  Okay.  So it sounds like there was a lot

21   of work that went into getting to today.  Are you in possession

22   of everything you need to know to allow you to make this very

23   important decision here today to plead guilty to what's almost

24   like a reduced charge within Count 1 and getting rid of

25   Counts 2 through 13?

1              THE DEFENDANT:  Yes.

2              THE COURT:  Okay.  Are you happy with the hard work

3  your lawyers have put into this case to help you?

4              THE DEFENDANT:  Yes, they -- actually, everybody

5  worked really hard.

6              THE COURT:  Anything outstanding?  Is there anything

7  like a request you might have made even yesterday where it was

8  like, hey, guys I can't make this decision until you do this

9  last thing for me?  Anything like that?  Anything that's

10  outstanding?

11              THE DEFENDANT:  Uhm --

12         (Defendant and counsel conferring sotto voce.)

13              THE DEFENDANT:  Oh.  No, no.  No, I didn't ask them

14  for anything else.  Sorry.

15              THE COURT:  All right.  No worries.  This is the time

16  to have those discussions, because what we do today is final.

17  You know, you can't come back in at a later date and say, hey,

18  you know what, I want to go to trial now.  And so that's why we

19  really have to go through it this way.  Okay?

20              THE DEFENDANT:  Right.

21              THE COURT:  All right.  So then let's talk about the

22  rights you give up by pleading guilty.  First of all, do you

23  understand that you have the absolute right to have a jury

24  trial to handle this case if you wanted?

25              THE DEFENDANT:  Yes, I do.

```
 1          THE COURT:  Now, if you came in and said, Judge, look,
 2   I'm not guilty, I want to have a jury trial, at that point it
 3   would make sense that your lawyers and you and Mr. Pogozelski
 4   would go forward on all 13 counts, not just on how Count 1 has
 5   been narrowed.
 6          At any trial like that here is what would happen.  We
 7   would bring in a number of people from the community.  We would
 8   all be seated where we are.  The lawyers and I in your presence
 9   would talk to the folks, and we would seat 12 of them over here
10   to be your jury.
11          The government would then have the burden of proving
12   the charges against you beyond a reasonable doubt, and you
13   would be presumed innocent.
14          By pleading guilty you give up that right to have a
15   jury trial.
16          Do you understand?
17          THE DEFENDANT:  Yes, I do.
18          THE COURT:  Now, Mr. Garipoli, the way the government
19   would prove up charges at a trial, if they could, is they would
20   call witnesses who would take an oath, just like you did, and
21   they would ask them questions.  And that's called direct
22   examination.  You would not have to accept what the witnesses
23   said at face value.  Through your lawyers you could confront
24   your accusers.
25          THE DEFENDANT:  Right.
```

1    THE COURT:  That would be through cross-examination.

2    THE DEFENDANT:  Okay.

3    THE COURT:  By pleading guilty you give up your right

4  to confront your accusers.

5    Do you understand?

6    THE DEFENDANT:  Yes, I do.

7    THE COURT:  Next part of the case is that, if you

8  wanted, you and your lawyers could present a defense.  You can

9  do that a couple different ways.  Your lawyers could call in

10  witnesses that you and they thought could help you.  Then they

11  would ask them questions.  Mr. Pogozelski would cross-examine

12  them.

13    You could also testify or remain silent.  If you

14  testified, what you said would be handled the same way as the

15  testimony of any other witness, subject to the same rules.  If

16  you remained silent, no juror could hold that against you.

17    THE DEFENDANT:  Okay.

18    THE COURT:  And what would happen is the jurors would

19  be instructed that the defendant has the absolute right to

20  remain silent, that it can't be held against them.  What that

21  means is no juror could go back in the jury room and say, you

22  know what, we believe that Mr. Garipoli's not guilty, but he

23  didn't say anything, so he must be hiding something, so he must

24  be guilty.  It doesn't work that way.  They can't do that.

25    THE DEFENDANT:  Okay.

1          THE COURT:  By pleading guilty you give up that right

2    to present a defense as well.

3          Do you understand?

4          THE DEFENDANT:  Yes, I do.

5          THE COURT:  So what happens is by pleading guilty you

6    do become a convicted felon.  You would have Count 1 on your

7    record.  And that would come with the loss of some privileges

8    and it has consequences attached to it, so I want to go through

9    those with you now.

10          THE DEFENDANT:  Okay.

11          THE COURT:  Do you understand that by pleading guilty,

12    by becoming a convicted felon, you would no longer be allowed

13    to sit and serve on a jury, to hold public office, to vote, or

14    to possess a firearm or other dangerous weapon?

15          THE DEFENDANT:  Yes, I understand that.

16          THE COURT:  Do you also understand that if you're not

17    a United States citizen, pleading guilty to a felony will cause

18    you to be deported, it will cause you to be removed from

19    America, it could cause you to be prohibited from coming back

20    to America.  And if those things were to happen, you can't come

21    back in and set aside your plea.

22          Do you understand that?

23          THE DEFENDANT:  Yes, I understand.

24          THE COURT:  In your case the allegations deal with

25    health care fraud.  While there's no written plea agreement,

1   it's typical that when people are charged with this kind of

2   case, that they lose licensing, they lose the ability to ever

3   work in a Medicare health care field, they lose a variety of

4   employment options.

5        Do you understand that those are collateral

6   consequences that will not allow you to come back in and set

7   aside your plea if that happens to you down the road?

8        THE DEFENDANT:  Yes, I understand that.

9        THE COURT:  In your indictment, if you were to go

10   through it, toward the end, on page 20, there is a section

11   entitled "Forfeiture."  This section entitled "Forfeiture"

12   specifically lists some property that is subject to forfeiture

13   as a result of what's charged in the indictment.

14        I don't know if these numbers have changed as a result

15   of the plea as to Count 1, but I'll leave it this way.  The

16   forfeiture in this case involves US currency, it involves

17   potentially a Land Rover vehicle, it involves a BMW vehicle, it

18   involves three pieces of real property.

19        Whatever the forfeiture involves in your case, do you

20   understand by pleading guilty to this criminal charge you also

21   are giving up your right to have a jury trial as to forfeiture?

22        THE DEFENDANT:  Yes, I do.

23        THE COURT:  Now, what forfeiture is, forfeiture is a

24   concept that says that you are giving up your right to property

25   that's gained through the commission of a crime, and you're

1  also giving up your right to property that's used to facilitate

2  a crime.  That's kind of a nutshell explanation of what

3  forfeiture is.

4          Do you understand that?

5          THE DEFENDANT:  Yes, I do.

6          THE COURT:  Okay.  Do you need a moment?

7          MR. WEICHOLZ:  He just wants to ask me a question.

8          THE COURT:  Of course.

9      (Defendant and counsel conferring sotto voce.)

10          MR. WEICHOLZ:  Your Honor, he's just addressing a

11  request that we're going to have after this regarding based on

12  the amount that was seized and one of the properties was

13  already sold and there's money and property being held well

14  above the forfeiture agreed amount.  So he just wanted Your

15  Honor to know that we are going to make a request.  He

16  understands that there's no guarantee or otherwise that it will

17  be granted, but that we're going to make a request regarding

18  this issue after the plea is taken.

19          THE COURT:  Okay.  No issues there.  Nothing that

20  you're doing here is going to foreclose your ability to make

21  motions to the Court or make requests to the Court.

22  Well-explained by your lawyer that it's going to be up to the

23  Court to make a decision on it.  So there are not really any

24  guarantees there.  But again, the lawyers know me.  They know

25  what my thought process is.  And so I'm sure they've advised

1    you accordingly.  Okay?

2              THE DEFENDANT:  Thank you.

3              THE COURT:  All right.  Now, separate from the

4    penalties that we discussed, separate from forfeiture, there's

5    a concept called restitution.  Restitution applies in every

6    criminal case.  Sometimes it's set at zero.  Sometimes it's set

7    at $100 million.  It all is relevant to exactly the conduct in

8    your case.

9              Do you understand that by pleading guilty you're also

10   agreeing to restitution?

11             THE DEFENDANT:  Yes, I do.  Question?

12             THE COURT:  Sure.

13             THE DEFENDANT:  But we don't know what they're going

14   ask for in restitution?

15             THE COURT:  You may know a lot more than me on that.

16   The restitution amount is basically an amount that is designed

17   to attempt to make the victims whole.  So that's something that

18   you and your lawyers may have gone over.  I can't answer that

19   one any better than that.

20             THE DEFENDANT:  Appreciate it.  Thank you.

21             THE COURT:  All right.  In any criminal case in order

22   for a judge to accept the plea, it's got to be based upon

23   facts, and so that's why in your case I have been provided this

24   document entitled "Agreed Factual Basis for Guilty Plea."

25             I had a document earlier that was provided to me that

```
 1   had signatures on it that were from last week.  It looks like
 2   I've gotten a fresh one here today.  It's got four signatures,
 3   all with today's date.
 4          That top signature, the line that's below the
 5   signature, says Richard Garipoli.  Right where my finger is, if
 6   you can see it, is that your signature?
 7          THE DEFENDANT:  Yes, I signed it.
 8          THE COURT:  Below that signature you've got signatures
 9   by each of your lawyers, as well as Mr. Pogozelski.
10          By signing this three-page document, are you telling
11   me that you agree to the facts contained in it?
12          THE DEFENDANT:  Yes, I do.
13          THE COURT:  You understand that what the government is
14   saying and what your lawyers are saying is that they expect if
15   this case were to go to trial that, among other things, at
16   least this core set of facts would be able to be proven beyond
17   a reasonable doubt?
18          THE DEFENDANT:  Yes, I agree.
19          THE COURT:  Anything in here that you think I should
20   cross out?
21          THE DEFENDANT:  Uhm, no.  I mean --
22          THE COURT:  Anything you want me to add into it?
23          MR. WEICHOLZ:  That's a loaded question.  He would
24   like you to add a lot into it.
25          THE COURT:  All right.  Anything relating to what
```

1  we're doing here today on Count 1 as reduced that you think is

2  important to be added into it?

3        THE DEFENDANT:  Can you give me a second?

4        THE COURT:  Sure.

5     (Defendant and counsel conferring sotto voce.)

6        THE DEFENDANT:  No, this factual basis is good.

7        THE COURT:  Okay.  Mr. Pogozelski, if this case were

8  to proceed to trial, would you at a minimum be able to prove up

9  each of the facts contained in the agreed factual basis for

10  guilty plea beyond a reasonable doubt?

11        MR. POGOZELSKI:  Absolutely, Your Honor.

12        THE COURT:  All right.  And Mr. Feuer, I'll turn to

13  you on this.  If this case were to go to trial and if

14  Mr. Pogozelski were able to prove up those facts contained in

15  the agreed factual basis for guilty plea, could a jury lawfully

16  convict your client on Count 1?

17        MR. FEUER:  Yes, Your Honor.

18        THE COURT:  All right.  Mr. Pogozelski, any further

19  inquiry you think I need to make in this particular setting?

20        MR. POGOZELSKI:  No, Your Honor.

21        THE COURT:  And Mr. Feuer, Mr. Weicholz, any other

22  areas you think I should get into with your client?

23        MR. WEICHOLZ:  No, sir.

24        THE COURT:  Mr. Garipoli, any questions you have for

25  me?

1          THE DEFENDANT:  No.

2          THE COURT:  Okay.

3          THE DEFENDANT:  Thank you.

4          THE COURT:  So then the last thing I want to talk to

5    you about going forward is probably the thing that's weighing

6    on your mind the most.  It's sentencing.  Let me tell you how

7    that works.  We would come back, in your case, March 30th for a

8    sentencing hearing.  That's about ten weeks down the road.  The

9    reason it's that far down the road is between today's date and

10   that date a presentence investigation report would be prepared

11   on you.  That's kind of like a biography of you as it relates

12   to this case.  Basically, there's all sorts of information in

13   there:  Employment history, educational history, family

14   history, substance abuse history, you know, all sorts of things

15   like that.  That's what the lawyers use to speak with me about

16   what's a fair and appropriate sentence.

17          You heard your lawyer mention, when I said how did you

18   prepare for the case, that he went over with you the 3553(a)

19   factors.  Those relate to sentencing.  Those relate to how a

20   judge arrives at a fair and appropriate sentence.

21          As you sit here today, though, has anyone in the world

22   promised you the exact sentence you would get?

23          THE DEFENDANT:  No, they haven't promised me anything.

24          THE COURT:  Now, that's very important because

25   sentencing is going to be really the sole province of the

| | |
|---|---|
| 1 | Court.  The lawyers will give me input.  You'll give me input. |
| 2 | You can call witnesses to testify.  You can speak with me. |
| 3 | Ultimately, at that sentencing hearing, there's going to be an |
| 4 | advisory guideline range that we'll come up with on your case. |
| 5 | That's a combination of criminal history category versus |
| 6 | offense level.  Basically, it looks like a table like this. |
| 7 | THE DEFENDANT:  Uh-huh. |
| 8 | THE COURT:  You go across and down, and you come up |
| 9 | with the cell that best represents your history.  And then from |
| 10 | there we talk about what's an appropriate sentence.  That |
| 11 | sentence is just going to be based upon all of the things that |
| 12 | I'm told that day. |
| 13 | Any questions about how sentencing works? |
| 14 | THE DEFENDANT:  No.  But that's like what they're |
| 15 | talking about when they talk about the score or whatever? |
| 16 | Sorry. |
| 17 | THE COURT:  It is, but -- |
| 18 | THE DEFENDANT:  Okay. |
| 19 | THE COURT:  But -- |
| 20 | THE DEFENDANT:  Yes.  Sorry. |
| 21 | THE COURT:  -- you're welcome to ask me a more |
| 22 | detailed question than that.  I mean, I'm happy to answer |
| 23 | anything like that. |
| 24 | THE DEFENDANT:  We've gone over it.  When you showed |
| 25 | that paper, I just wanted to make sure that that's where they |

1   get all of their calculations.

2           THE COURT:  It is.  It's where they get their

3   calculations.  So let me give you an example.  Let's say the

4   calculations say that you should receive a sentence of between

5   57 and 71 months, as an example.  Mr. Pogozelski might come in

6   and say, Judge, you know, I think he should get a higher

7   sentence than that or I think he should get a sentence right in

8   that range, or, Judge, I think he should get a sentence a

9   little bit lower than that.  Your lawyers will come in and say,

10  Judge, he should get a sentence lower than that and here's why.

11  And that's how it works.  And that's an example.  I'm not

12  saying that's where you'll fall.

13          THE DEFENDANT:  Right.

14          THE COURT:  And that's an example no matter where you

15  fall.

16          THE DEFENDANT:  And then you would decide where --

17          THE COURT:  Yes.

18          THE DEFENDANT:  -- it goes?  Okay.

19          THE COURT:  Yes.

20          THE DEFENDANT:  I got it.  They explained that to me.

21          THE COURT:  All right.  Okay.  Then any other

22  questions?

23          THE DEFENDANT:  No, sir.

24          THE COURT:  Okay.  I saw you all talking.  Is the 30th

25  of March a bad day?

 1          MR. POGOZELSKI:  We would like, if the Court would

 2     entertain the request, a sentencing date that is further out to

 3     allow the defendant to potentially cooperate in a number of

 4     ongoing investigations.

 5          THE COURT:  And can you be a little more specific?  At

 6     this time when you say "further out," obviously, you're not

 7     talking a week or two.  What are you looking for?

 8          MR. POGOZELSKI:  I think you had mentioned March.  I

 9     think potentially a date in June might give us sufficient time

10     to work with the defendant, meet with him, obtain information,

11     documents, et cetera, et cetera.

12          THE COURT:  And Mr. Pogozelski, when do you think

13     you'll kind of be in a better position to assess that date?

14          MR. POGOZELSKI:  Probably within the next one to two

15     months.

16          THE COURT:  Okay.  Do you want to put it on March 30th

17     and then readdress it, or should we go right to June?  I hate

18     to use up the time potentially.

19          THE COURTROOM DEPUTY:  We can go to June.  June 22nd

20     at 10:00.

21          THE COURT:  Okay.  So we'll go out to June 22nd, 2023,

22     at 10:00 a.m.

23          All right, then.  So Mr. Garipoli, coming back full

24     circle.  You're accused of one count of conspiracy to commit

25     health care fraud.  It is contrary to 18 United States Code

§ 1349.  As charged, it's punishable by at most ten years in prison, three years' supervised release, the fine as we discussed, and a $100 special assessment.  You do have the other 12 counts, but the idea is that they will be dismissed at the time of sentencing.

So how would you like to plead here today?

THE DEFENDANT:  I want to plead guilty.

THE COURT:  And are you pleading guilty because you are in fact guilty of conspiracy to commit health care fraud?

THE DEFENDANT:  Yes, I actually think I am.  It took me a while to realize it, but yeah.

THE COURT:  Okay.  I appreciate how you said that.  I think part of that is part of good lawyering as well.  You know, lawyers are attorneys and counselors at law, and sometimes people forget the "and counselors part."  So I appreciate that.

All right.  I do find that Mr. Richard Garipoli appears in court today, that he is polite, alert, and intelligent.  He's very well represented by two excellent criminal defense lawyers with whom he says he's satisfied, who obviously have done a very good job for their client and worked very hard for him, have minimized his exposure through the potential dismissal of 12 counts, as well as the reduction on one count of Mr. Garipoli's exposure.

I find that the plea is being entered into freely and

1   voluntarily with a knowing, intelligent waiver of the

2   defendant's rights.  It is predicated upon sufficient facts as

3   contained in the agreed factual basis for guilty plea.  It is

4   based upon the excellent advice of very competent counsel.

5           I will see you all back then March 30th -- not

6   March 30th.  June 22, 2023, at 10:00 a.m.

7           Before I let you go, though, any issues on bond?

8   Mr. Garipoli can remain out on the same status?

9           MR. POGOZELSKI:  Yes, Your Honor.

10          THE COURT:  Okay.  Anything else from the government

11  on this one?

12          MR. POGOZELSKI:  No, Your Honor.

13          THE COURT:  How about the defense?  Any other issues

14  before I let you go today?

15          MR. WEICHOLZ:  Yes, just a couple, Your Honor.

16          THE COURT:  Sure.

17          MR. WEICHOLZ:  If I may, one --

18      (Defendant and counsel conferring sotto voce.)

19          MR. WEICHOLZ:  Judge, one issue on the bond.  I don't

20  think we've discussed it with Mr. Pogozelski, but I don't think

21  he would have an issue with it, is that right now he's confined

22  to the Southern District.  We're asking to extend that to the

23  Middle District.  His father lives there.  Still within the

24  state of Florida, but just modify that he can travel through

25  both districts is number one.

1          THE COURT:  Okay.

2          MR. POGOZELSKI:  No objection.

3          MR. WEICHOLZ:  And number two was regarding this

4   forfeiture issue.  So Mr. Garipoli's -- all of his funds,

5   properties have been tied up frozen as a result of the

6   forfeiture action.  We had previously -- as Your Honor noted,

7   there were three properties.  We had previously done an agreed

8   order to sell one of the properties.  That was his daughter's

9   property that there was only $50,000, I believe, tied to the

10  conspiracy or possibly.  The daughter is present, actually,

11  today.  They agreed to sell that, but they're still holding

12  $70,000, I believe, or thereabouts, of the daughter's money.

13          We would ask that that be released considering that

14  the $260,000 they're holding of Mr. Garipoli's money in the one

15  account would surely satisfy the 174 agreed upon forfeiture.

16  So that would go to his daughter, which would help her because

17  she had to sell her house to pay fees and things like that.

18          THE COURT:  All right.  So on that one,

19  Mr. Pogozelski, I don't know if you're the appropriate

20  prosecutor to weigh in on that.  It may require actually a

21  written motion that just says what you just said.  And then

22  there are special prosecutors that handle the forfeiture

23  issues.  Makes sense to me, but what's your position?

24          MR. POGOZELSKI:  I agree I am not the appropriate

25  prosecutor to talk about that.  My understanding from talking

1    to forfeiture, I can't make representations on their behalf,

2    but the forfeiture amount that's in the factual basis,

3    obviously, everything else in the document would not be subject

4    to forfeiture.  But again, I can't speak on their behalf.

5            THE COURT:  Sure.

6            MR. POGOZELSKI:  But I agree that it's probably more

7    appropriately handled by a separate motion and then a

8    forfeiture attorney here on behalf of the United States.

9            THE COURT:  Okay.  I think this can all be handled

10   relatively quickly.  I mean, basically, I think what you're

11   saying is that Mr. Garipoli's daughter has about $70,000 in

12   equity that she would like to use to move forward.  If you just

13   put that in a -- it doesn't have to be a detailed motion, but

14   just kind of what you said here.  I'm sure they'll reach out to

15   Mr. Pogozelski as well.  We could probably have this resolved

16   within a few days.

17           MR. WEICHOLZ:  That will be great, Your Honor.

18           And the second part was some of the overage, which is

19   the same.  He's going to need to pay for the property taxes for

20   the other stuff.  But we'll put that all in the motion.  I just

21   wanted to bring it to Your Honor's attention.  Mr. Garipoli

22   wanted us to make that request.

23           THE COURT:  Understood.

24           MR. WEICHOLZ:  And we understand that we will do it by

25   motion.

1          THE COURT:  Okay.  Sounds great.

2          MR. WEICHOLZ:  Thank you, Your Honor.

3          THE COURT:  All right, everyone.  Be safe.  It's good

4     to see you all.  And then we'll see you back toward the end of

5     June.  If any issues come up, just let me know and we'll take

6     care of them quickly.  Okay?

7          MR. POGOZELSKI:  Thank you very much, Your Honor.

8          MR. WEICHOLZ:  Thank you, Your Honor.

9          MR. FEUER:  Thank you, Your Honor.

10          THE DEFENDANT:  Thank you, Your Honor.

11       (Proceedings concluded at 12:58 p.m.)

12

13                     C E R T I F I C A T E

14       I, Karl Shires, Registered Merit Reporter and Federal

15     Certified Realtime Reporter, certify that the foregoing is a

16     correct transcript from the record of proceedings in the

17     above-entitled matter.

18       Dated this 4th day of May, 2023.

19

20     _____
       Karl Shires, RMR FCRR

21

22

23

24

25

**MR. FEUER: [7]** 2/16 11/17 14/11 14/18 15/4 24/17 33/9

**MR. POGOZELSKI: [23]** 2/7 2/10 9/10 10/11 10/24 12/24 13/12 13/14 13/20 13/22 15/8 15/13 24/11 24/20 28/1 28/8 28/14 30/9 30/12 31/2 31/24 32/6 33/7

**MR. WEICHOLZ: [13]** 2/20 21/7 21/10 23/23 24/23 30/15 30/17 30/19 31/3 32/17 32/24 33/2 33/8

**THE COURT: [110]**

**THE COURTROOM DEPUTY: [2]** 2/22 28/19

**THE DEFENDANT: [70]**

**$**

**$10,826,954 [1]** 7/12
**$100 [6]** 6/25 8/5 8/14 8/24 22/7 29/3
**$100 million [1]** 22/7
**$174,355 [1]** 7/9
**$250,000 [1]** 6/24
**$260,000 [1]** 31/14
**$50,000 [1]** 31/9
**$6,332,942 [1]** 7/14
**$70,000 [2]** 31/12 32/11

**-**

**-7b [1]** 11/1
**-and [1]** 1/20
**-v [1]** 1/6

**1**

**100 percent [1]** 3/9
**10:00 [1]** 28/20
**10:00 a.m [2]** 28/22 30/6
**11 [1]** 14/11
**110B [1]** 1/24
**12 [3]** 17/9 29/4 29/23
**12:12 [1]** 1/9
**12:58 [1]** 33/11
**13 [8]** 6/19 8/19 10/24 11/16 14/5 14/23 15/25 17/4
**1320 [2]** 8/21 11/1
**1347 [1]** 8/2
**1349 [3]** 6/22 9/11 29/1
**1400 [1]** 1/16
**17 [1]** 1/8
**174 [1]** 31/15
**18 [6]** 6/21 8/1 8/11

**19-CR-81096-SINGHAL [1]** 1/2

**2**

**20 [3]** 6/23 15/1 20/10
**2000 [1]** 4/12
**20005 [1]** 1/17
**2001 [1]** 4/12
**2017 [1]** 14/1
**2018 [1]** 14/2
**2023 [4]** 1/8 28/21 30/6 33/18
**20s [1]** 12/14
**22 [1]** 30/6
**22nd [2]** 28/19 28/21
**299 [1]** 1/24

**3**

**30 [1]** 12/14
**30th [5]** 25/7 27/24 28/16 30/5 30/6
**33301 [1]** 1/25
**33401 [1]** 1/19
**33487 [1]** 1/22
**3553 [2]** 14/12 25/18
**371 [2]** 8/11 10/12

**4**

**42 [2]** 8/21 10/25
**4th [1]** 33/18

**5**

**500 [2]** 1/18 1/19
**5496 [1]** 1/24
**57 [1]** 27/5

**6**

**6111 [1]** 1/21

**7**

**71 [1]** 27/5
**769-5496 [1]** 1/24
**7b [1]** 11/1

**9**

**954 [1]** 1/24

**A**

**a.m [2]** 28/22 30/6
**ability [3]** 12/9 20/2 21/20
**able [4]** 4/24 23/16 24/8 24/14
**above-entitled [1]** 33/17
**absolute [2]** 16/23 18/19
**absolutely [4]** 4/1 11/20 12/24 24/11
**abuse [1]** 25/14
**accept [2]** 17/22 22/22
**accomplish [2]** 9/14

**account [1]** 31/15
**accused [3]** 6/15 6/19 28/24
**accusers [2]** 17/24 18/4
**acted [1]** 10/4
**action [1]** 31/6
**add [2]** 23/22 23/24
**added [1]** 24/2
**addition [1]** 7/10
**addressing [1]** 21/10
**admission [1]** 15/9
**admitted [1]** 13/3
**advice [1]** 30/4
**advised [1]** 21/25
**advisory [1]** 26/4
**afternoon [4]** 2/2 2/7 2/16 2/20
**Agent [1]** 2/11
**agree [5]** 11/14 23/11 23/18 31/24 32/6
**agreed [16]** 3/18 4/20 7/6 9/13 10/15 12/25 14/1 15/9 21/14 22/24 24/9 24/15 30/3 31/7 31/11 31/15
**agreed-upon [3]** 12/25 14/1 15/9
**agreeing [1]** 22/10
**agreement [7]** 3/15 12/22 13/4 13/9 13/10 15/18 19/25
**ahead [1]** 3/23
**alcohol [1]** 5/10
**alert [1]** 29/18
**ALEXANDER [2]** 1/15 2/8
**allegations [1]** 19/24
**allow [3]** 15/22 20/6 28/3
**allowed [1]** 19/12
**AMERICA [4]** 1/4 2/3 19/19 19/20
**amount [8]** 7/19 13/15 13/16 21/12 21/14 22/16 22/16 32/2
**answer [3]** 11/24 22/18 26/22
**anti [1]** 11/20
**anti-kickback [1]** 11/20
**anticipate [1]** 13/17
**anybody [1]** 4/18
**apologize [2]** 3/1 10/22
**appearances [2]** 1/14 2/6
**appears [1]** 29/18
**applied [1]** 12/4
**applies [1]** 22/5
**appreciate [3]** 22/20 29/12 29/16

**appropriate [6]** 23/7 25/16 25/20 26/10 31/19 31/24
**appropriately [1]** 32/7
**approximately [3]** 7/9 7/12 7/14
**areas [1]** 24/22
**argued [1]** 10/4
**arranging [1]** 11/7
**arrives [1]** 25/20
**artifice [1]** 9/20
**aside [2]** 19/21 20/7
**asking [2]** 14/5 30/22
**assess [1]** 28/13
**assessment [5]** 7/1 8/5 8/14 8/24 29/3
**attached [1]** 19/8
**attempt [1]** 22/17
**attempted [1]** 9/19
**attention [1]** 32/21
**attorney [2]** 13/17 32/8
**attorneys [1]** 29/14
**Australian [1]** 1/18
**Avenue [2]** 1/16 1/18
**aware [1]** 7/15

**B**

**back [10]** 4/12 16/17 18/21 19/19 19/21 20/6 25/7 28/23 30/5 33/4
**background [4]** 4/8
**bad [1]** 27/25
**based [9]** 4/13 5/22 9/7 11/25 14/13 21/11 22/22 26/11 30/4
**basically [5]** 4/25 22/16 25/12 26/6 32/10
**basis [13]** 3/18 4/21 7/6 12/25 13/14 13/24 14/13 22/24 24/6 24/9 24/15 30/3 32/2
**Beach [1]** 1/19
**becoming [1]** 19/12
**begins [1]** 14/2
**behalf [5]** 2/8 2/17 32/1 32/4 32/8
**believe [5]** 12/9 15/4 18/22 31/9 31/12
**benefit [4]** 9/21 9/22 9/25 10/7
**best [3]** 13/7 14/18 26/9
**better [2]** 22/19 28/13
**beyond [3]** 17/12 23/16 24/10
**billed [1]** 7/11
**biography [1]** 25/11
**bit [5]** 3/6 4/8 12/6 14/21 27/9

**Boca [1]** 1/22
**bond [2]** 30/7 30/19
**Boulevard [1]** 1/24
**Brian [1]** 2/11
**bribe [1]** 11/3
**briefly [1]** 14/8
**bring [3]** 7/18 17/7 32/21
**Broken [1]** 1/21
**Broward [1]** 1/24
**burden [1]** 17/11

**C**

**calculation [5]** 7/19 8/4 8/14 8/24 15/2
**calculations [3]** 27/1 27/3 27/4
**call [5]** 2/1 6/12 17/20 18/9 26/2
**called [4]** 2/24 3/15 17/21 22/5
**care [23]** 6/20 7/23 8/1 8/10 8/20 9/12 9/15 9/18 9/20 9/22 9/25 10/7 10/18 11/9 13/1 13/2 14/25 15/9 19/25 20/3 28/25 29/9 33/6
**carefully [2]** 5/4 14/16
**carry [1]** 8/5
**case [28]** 1/2 3/6 3/15 3/16 5/1 5/6 6/19 6/22 11/9 11/25 16/3 16/24 18/7 19/24 20/2 20/16 20/19 22/6 22/8 22/21 22/23 23/15 24/7 24/13 25/7 25/12 25/18 26/4
**category [1]** 26/5
**cause [3]** 19/17 19/18 19/19
**cell [1]** 26/9
**certain [1]** 3/9
**certainly [1]** 4/13
**Certified [1]** 33/15
**certify [1]** 33/15
**cetera [2]** 28/11 28/11
**challenge [1]** 11/25
**change [1]** 2/5
**changed [1]** 20/14
**charge [8]** 6/21 6/22 7/2 8/11 8/12 10/12 15/24 20/20
**charged [4]** 9/15 20/1 20/13 29/1
**charges [6]** 6/16 6/17 7/6 10/13 17/12 17/19
**choose [1]** 4/22
**circle [1]** 28/24
**Circuit [2]** 11/21 12/21
**citizen [1]** 19/17

Case 9:19-cr-80196-AHS   Document 151   Entered on FLSD Docket 05/04/2023   Page 35 of 39

**C**

**clarifies** [1] 14/3
**clearly** [1] 6/5
**client** [8] 11/18 11/22
14/12 14/12 14/15
24/16 24/22 29/21
**co-counsel** [1] 2/17
**Code** [8] 6/21 8/2
8/11 8/21 9/11 10/12
11/1 28/25
**collateral** [1] 20/5
**combination** [2] 4/17
26/5
**come** [13] 3/11 5/5
6/14 16/17 19/7 19/20
20/6 25/7 26/4 26/8
27/5 27/9 33/5
**comfortable** [1] 4/15
**coming** [2] 19/19
28/23
**commerce** [1] 10/1
**commission** [1]
20/25
**commit** [8] 6/20 9/10
9/11 9/14 13/2 14/25
28/24 29/9
**common** [2] 9/14
10/16
**community** [1] 17/7
**competent** [1] 30/4
**completely** [2] 4/5
6/8
**component** [1] 12/3
**computer** [1] 4/11
**concentrate** [1] 12/9
**concept** [2] 20/24
22/5
**concluded** [1] 33/11
**conduct** [2] 22/7
**conferring** [4] 16/12
21/9 24/5 30/18
**confined** [1] 30/21
**confront** [2] 17/23
18/4
**confusion** [1] 4/3
**connection** [2] 8/20
10/6
**consequences** [2]
19/8 20/6
**considering** [1]
31/13
**conspiracy** [15] 6/20
7/8 7/11 8/9 9/11
10/13 13/1 13/25 14/1
14/25 15/6 15/10
28/24 29/9 31/10
**contained** [4] 23/11
24/9 24/14 30/3
**context** [1] 14/22
**contrary** [5] 6/21 8/1
8/11 8/21 28/25
**control** [1] 9/22
**conversation** [1] 6/6

**conversations** [1]
6/6
**convict** [1] 24/16
**convicted** [2] 19/6
19/12
**cooperate** [1] 28/3
**core** [1] 23/16
**correct** [6] 2/4 5/7
11/20 15/8 15/13
33/16
**counsel** [8] 2/11 2/17
11/14 16/12 21/9 24/5
30/4 30/18
**counselor** [1] 5/16
**counselors** [2] 29/14
29/15
**count** [20] 7/3 8/2 8/9
8/15 8/24 9/10 9/15
11/18 11/22 12/22
13/1 14/24 15/24 17/4
19/6 20/15 24/1 24/16
28/24 29/24
**Count 1** [1] 7/3
**counts** [27] 6/19 7/24
7/25 8/4 8/6 8/19 8/19
8/19 8/22 8/25 9/5 9/9
9/18 10/11 10/20
10/21 10/24 11/16
11/19 13/5 13/9 14/23
15/11 15/25 17/4 29/4
29/23
**Counts 2** [1] 15/25
**couple** [3] 3/16 18/9
30/15
**course** [2] 15/2 21/8
**court** [12] 1/1 1/24
2/1 3/11 6/14 12/1
21/21 21/21 21/23
26/1 28/1 29/18
**courtroom** [1] 12/8
**CR** [1] 1/2
**craft** [1] 6/18
**crime** [4] 8/1 8/2
20/25 21/2
**criminal** [5] 20/20
22/6 22/21 26/5 29/20
**cross** [3] 18/1 18/11
23/20
**cross-examination**
[1] 18/1
**cross-examine** [1]
18/11
**currency** [1] 20/16
**custody** [2] 5/17 9/22

**D**

**daily** [1] 6/12
**dangerous** [1] 19/14
**date** [7] 16/17 23/3
25/9 25/10 28/2 28/9
28/13
**Dated** [1] 33/18
**daughter** [3] 31/10
31/16 32/11

**daughter-in-law** [1]
31/12
**day** [3] 26/12 27/25
33/18
**days** [1] 32/16
**DC** [1] 1/17
**deal** [1] 19/24
**dealing** [1] 14/24
**decide** [2] 6/17 27/16
**decision** [3] 15/23
16/8 21/23
**defendant** [18] 1/8
1/18 3/13 3/22 9/16
9/19 10/4 10/6 11/2
11/5 11/10 16/12
18/19 21/9 24/5 28/3
28/10 30/18
**defendant's** [2]
13/11 30/2
**defense** [6] 2/15 6/18
18/8 19/2 29/20 30/13
**defraud** [5] 8/9 9/20
10/5 10/13 10/16
**delivery** [1] 10/7
**DEPARTMENT** [2]
1/16 2/12
**deported** [1] 19/18
**describe** [2] 9/4 14/8
**designed** [1] 22/16
**detailed** [2] 26/22
32/13
**didn't** [4] 5/25 12/12
16/13 18/23
**different** [3] 6/19
14/22 18/9
**direct** [1] 17/21
**directly** [1] 11/3
**discovery** [3] 4/25
5/3 14/6
**discussed** [2] 22/4
29/3 30/20
**discussions** [1]
16/16
**dismiss** [1] 13/5
**dismissal** [1] 29/23
**dismissed** [1] 29/4
**DISTRICT** [5] 1/1 1/1
1/13 30/22 30/23
**districts** [1] 30/25
**doctor** [1] 6/12
**doctors** [1] 5/23
**document** [5] 6/15
22/24 22/25 23/10
32/3
**documents** [5] 3/16
4/19 4/21 4/24 28/11
**doing** [2] 21/20 24/1
**doubt** [3] 17/12 23/17
24/10
**drug** [1] 5/10
**duly** [1] 3/22

**E**

**earlier** [1] 22/25

**education** [1] 4/14
**educational** [1] 25/13
**element** [5] 9/16 9/25
10/2 10/4 10/6
**elements** [11] 9/4 9/9
9/12 9/19 10/14 11/1
11/15 11/19 12/25
14/5 15/16
**Eleventh** [2] 11/21
12/2
**eligible** [1] 7/13
**embarrass** [1] 4/19
**employment** [2] 20/4
25/13
**English** [1] 4/15
**enter** [1] 3/11
**entered** [1] 29/25
**entertain** [1] 28/2
**entitled** [4] 20/11
20/11 22/24 33/17
**equity** [1] 32/12
**ESQ** [2] 1/18 1/21
**et** [2] 28/11 28/11
**et cetera** [2] 28/11
28/11
**everybody** [1] 16/4
**evidence** [1] 4/25
**exact** [1] 25/22
**exactly** [1] 22/7
**examination** [2]
17/22 18/1
**examine** [1] 18/11
**example** [4] 27/3
27/5 27/11 27/14
**excellent** [2] 29/19
30/4
**exception** [1] 11/19
**exclusively** [1] 11/18
**execute** [1] 9/20
**executed** [1] 9/19
**expect** [2] 14/13
23/14
**experience** [1] 14/13
**explained** [2] 21/22
27/20
**explanation** [1] 21/2
**exposure** [2] 29/22
29/24
**extend** [1] 30/22
**extent** [1] 13/9

**F**

**face** [1] 17/23
**facilitate** [1] 21/1
**fact** [4] 3/12 10/3
11/15 29/9
**factors** [1] 25/19
**facts** [8] 13/2 14/1
22/23 23/11 23/16
24/9 24/14 30/2
**factual** [14] 3/18 4/20
7/6 12/25 13/14 13/24
14/12 15/9 22/24 24/6

**fair** [2] 25/16 25/20
**fall** [2] 27/12 27/15
**false** [2] 9/23 10/2
**family** [1] 25/13
**far** [3] 4/8 7/2 25/9
**father** [1] 30/23
**FCRR** [2] 1/23 33/20
**federal** [3] 8/20 11/9
33/14
**fees** [1] 31/17
**felon** [2] 19/6 19/12
**felony** [1] 19/17
**FEUER** [6] 1/18 2/16
11/14 14/8 24/12
24/21
**field** [1] 20/3
**filing** [1] 13/17
**final** [1] 16/16
**find** [2] 29/17 29/25
**fine** [6] 6/24 7/19 8/4
8/13 8/23 12/10 12/14
15/2 29/2
**finger** [1] 23/5
**firearm** [1] 19/14
**first** [6] 2/5 6/20 9/19
10/17 12/7 16/22
**five** [6] 7/25 8/6 8/12
8/18 9/18 10/6
**FLORIDA** [6] 1/1 1/8
1/19 1/22 1/25 30/24
**flush** [1] 12/23
**folks** [1] 17/9
**following** [1] 11/20
**foreclose** [1] 21/20
**foregoing** [1] 33/15
**forfeiture** [21] 13/16
13/17 20/11 20/11
20/12 20/16 20/19
20/21 20/23 20/23
21/3 21/14 22/4 31/4
31/6 31/15 31/22 32/1
32/2 32/4 32/8
**forget** [1] 29/15
**Fort** [2] 1/8 1/25
**forward** [3] 17/4 25/5
32/12
**four** [4] 9/9 9/9 10/4
23/2
**Frank** [1] 2/11
**fraud** [19] 6/20 6/21
7/25 8/1 9/12 9/12
9/15 9/15 9/18 13/1
13/2 14/25 14/25 15/5
15/9 15/10 19/25
28/25 29/9
**fraudulent** [2] 9/23
10/2
**freely** [1] 29/25
**fresh** [1] 23/2
**frozen** [1] 31/5
**full** [2] 7/7 28/23
**funds** [1] 31/4
**furnishing** [2] 11/7

**F**

furnishing... [1] 11/7
further [3] 24/18 28/2
28/6
furthest [2] 4/10 4/10

**G**

gain [1] 6/25
gained [1] 20/25
Gallipoli [1] 2/24
GARIPOLI [20] 1/7
2/3 2/17 2/21 2/22 3/3
3/4 3/5 7/8 12/7 14/9
14/20 15/15 17/18
23/5 24/24 28/23
29/17 30/8 32/21
Garipoli's [7] 7/8
7/10 18/22 29/24 31/4
31/14 32/11
geared [1] 5/21
General [1] 2/13
generally [1] 12/3
genetic [1] 7/12
getting [3] 12/11
15/21 15/24
give [12] 4/7 10/9
11/24 16/22 17/14
18/3 19/1 24/3 26/1
26/1 27/3 28/9
given [1] 3/14
giving [4] 13/11
20/21 20/24 21/1
go [20] 3/8 3/19 3/23
4/9 7/5 16/18 16/19
17/4 18/21 19/8 20/9
23/15 24/13 26/8
28/17 28/19 28/21
30/7 30/14 31/16
goes [1] 27/18
going [22] 2/3 3/5 3/8
3/16 3/19 5/6 5/17
5/20 9/3 9/4 9/5 21/11
21/15 21/17 21/20
21/22 22/13 25/5
25/25 26/3 26/11
32/19
good [9] 2/7 2/14
2/16 2/20 3/25 24/6
29/13 29/21 33/3
gotten [1] 23/2
government [9] 1/15
2/6 5/6 11/15 13/5
17/11 17/18 23/13
30/10
graduated [1] 4/11
granted [1] 21/17
great [2] 32/17 33/1
greater [1] 6/24
gross [1] 6/25
grouping [1] 8/18
guarantee [1] 21/16
guarantees [1] 21/24
guess [2] 9/8 13/7

guidance [1] 6/15
guilty [25] 3/11 3/18
3/19 4/21 7/7 15/23
16/22 17/2 17/14 18/3
18/22 18/24 19/1 19/5
19/11 19/17 20/20
22/9 22/24 24/10
24/15 29/7 29/8 29/9
30/3
guys [1] 16/8

**H**

hand [1] 3/21
handle [2] 16/24
31/22
handled [3] 18/14
32/7 32/9
happen [1] 17/6
18/18 19/20
happening [1] 4/5
happens [1] 19/5
20/7
happy [2] 16/2 26/22
hard [4] 5/20 16/2
16/5 29/22
hate [1] 28/17
health [24] 2/12 5/12
6/20 7/25 8/1 8/10
8/20 9/12 9/14 9/18
9/20 9/22 9/25 10/7
10/18 11/9 13/1 13/2
14/25 15/9 19/25 20/3
28/25 29/9
heard [4] 12/10 14/20
15/15 25/17
hearing [6] 2/5 12/22
14/10 15/18 25/8 26/3
held [2] 18/20 21/13
help [3] 16/3 18/10
31/16
hey [2] 16/8 16/17
hiding [1] 18/23
higher [1] 27/6
highly [1] 13/23
history [6] 25/13
25/13 25/14 25/14
26/5 26/9
hold [2] 18/16 19/13
holding [2] 31/11
31/14
Honor [25] 2/7 2/16
10/9 10/22 11/12
11/17 14/11 14/18
15/4 15/8 21/10 21/15
24/11 24/17 24/20
30/9 30/12 30/15 31/6
32/17 33/2 33/7 33/8
33/9 33/10
Honor's [1] 32/21
HONORABLE [1]
1/12
house [1] 31/17
huh [1] 26/7
Human [1] 2/12

I'll [3] 9/6 20/15 24/12
I'm [17] 2/3 3/8 3/9
3/10 3/16 6/8 6/13 9/3
9/3 9/5 12/22 17/2
21/25 26/12 26/22
27/11 32/14
I've [4] 12/9 12/13
14/12 23/2
idea [1] 29/4
illegal [1] 10/18
important [4] 3/14
15/23 24/2 25/24
imprisonment [3]
6/23 8/23 15/6
including [1] 11/3
indictment [8] 3/17
4/20 6/15 6/16 13/6
13/25 20/9 20/13
indirectly [1] 11/3
individual [1] 11/6
induce [1] 11/6
inform [1] 6/17
information [2] 25/12
28/10
innocent [1] 17/13
input [2] 26/1 26/1
inquiry [1] 24/19
Inspector [1] 2/12
instructed [1] 18/19
instruction [1] 12/2
instructions [1]
11/21
intelligent [2] 29/19
30/1
intended [1] 10/5
interstate [1] 10/1
investigation [1]
25/10
investigations [1]
28/4
involves [5] 20/16
20/16 20/17 20/18
20/19
issue [6] 5/10 5/20
21/18 30/19 30/21
31/4
issues [6] 5/12 21/19
30/7 30/13 31/23 33/5
it's [25] 3/12 3/14
3/24 4/4 4/19 5/20 9/8
12/8 12/15 12/22 13/3
13/9 15/11 20/1 21/22
22/6 22/6 22/22 23/2
25/6 25/9 27/2 29/1
32/6 33/3
Italy [1] 3/2
item [1] 11/8
items [1] 10/7

**J**

January [3] 1/8 14/1
14/2

job [2] 3/12 29/21
joined [1] 9/17
joint [1] 13/10
judge [9] 1/13 2/10
17/1 22/22 25/20 27/6
27/8 27/10 30/19
June [8] 12/1 28/9
28/17 28/19 28/19
28/21 30/6 33/5
June 22 [1] 30/6
June 22nd [2] 28/19
28/21
juror [2] 18/16 18/21
jurors [1] 18/18
jury [9] 11/21 16/23
17/2 17/10 17/15
18/21 19/13 20/21
24/15
JUSTICE [1] 1/16

**K**

keep [2] 5/13 9/6
kickback [6] 10/14
10/18 10/21 11/3
11/20 11/22
kickbacks [3] 8/10
8/20 10/25
kids [1] 12/13
kind [7] 9/6 12/7 20/1
21/2 25/11 28/13
32/14
knew [1] 9/16
know [19] 5/18 12/16
12/18 13/23 15/22
16/17 16/18 18/22
20/14 21/15 21/24
21/24 22/13 22/15
25/14 27/6 29/14
31/19 33/5
knowing [1] 30/1
knowingly [3] 9/19
11/10 12/3

**L**

Lab [1] 7/11
LAING [1] 1/20
Land [1] 20/17
lastly [2] 6/25 8/18
Lauderdale [2] 1/8
1/25
law [1] 29/14
lawfully [1] 24/15
lawyer [2] 21/22
25/17
lawyering [1] 29/13
lawyers [23] 3/10
3/25 5/5 6/7 9/5 12/18
14/21 15/16 16/3 17/3
17/8 17/23 18/8 18/9
21/24 22/18 23/9
23/14 25/15 26/1 27/9
29/14 29/20
leave [2] 12/8 20/15

Lenoard [1] 2/16
LEONARD [1] 1/18
level [3] 4/13 5/21
26/6
licensing [1] 20/2
life [1] 4/14
lifetime [1] 5/9
line [1] 23/4
lists [1] 20/12
little [7] 3/6 4/8 12/6
13/22 14/21 27/9 28/5
lives [1] 30/23
LLC [1] 7/11
loaded [1] 23/23
longer [2] 15/5 19/12
look [3] 3/24 12/13
17/1
looking [1] 28/7
looks [3] 14/24 23/1
26/6
lose [3] 20/2 20/2
20/3
loss [2] 6/25 19/7
lot [7] 5/2 10/11
12/10 14/16 15/20
22/15 23/24
lower [2] 27/9 27/10

**M**

making [1] 4/4
manner [2] 9/13
10/15
March [25] 25/7 27/25
28/8 28/16 30/5 30/6
March 30th [4] 25/7
28/16 30/5 30/6
married [1] 5/18
material [1] 10/3
matter [2] 27/14
33/17
maximum [9] 7/3 8/6
8/15 8/21 8/25 14/23
15/1 15/4 15/6
mean [3] 23/21 26/22
32/10
means [2] 3/19 18/21
meant [1] 4/19
medical [1] 6/11
Medicare [4] 7/11
7/13 11/9 20/3
medication [1] 6/13
medications [4] 5/24
5/25 6/4 6/12
meet [1] 28/10
meeting [1] 5/22
mental [1] 5/12
mention [1] 25/17
mentioned [1] 28/8
Merit [1] 33/14
Middle [1] 30/23
million [1] 22/7
mind [2] 5/13 25/6
minimized [1] 29/22

**M**

minimum [1] 24/8
modify [1] 30/24
moment [2] 10/22 21/6
money [5] 9/21 13/15 21/13 31/12 31/14
months [2] 27/5 28/15
motion [7] 12/7 13/18 31/21 32/7 32/13 32/20 32/25
motions [1] 21/21
move [1] 32/12
movie [1] 2/24
Mr [1] 30/20
Mr. [37]
Mr. Feuer [4] 11/14 14/8 24/12 24/21
Mr. Garipoli [11] 2/17 3/5 12/17 14/9 14/20 15/15 17/18 24/24 28/23 30/8 32/21
Mr. Garipoli's [5] 18/22 29/24 31/4 31/14 32/11
Mr. Pogozelski [14] 2/9 9/8 11/13 12/23 17/3 18/11 23/9 24/7 24/14 24/18 27/5 28/12 31/19 32/15
Mr. Richard [1] 29/17
Mr. Weicholz [2] 14/9 24/21

**N**

name [1] 2/24
narrowed [1] 17/5
need [5] 11/15 15/22 21/6 24/19 32/19
negotiated [1] 12/24
networking [1] 4/12
never [2] 3/10 6/3
New [1] 1/16
Nice [3] 2/9 2/10 2/19
normal [1] 4/21
noted [1] 31/6
number [5] 3/8 17/7 28/3 30/25 31/3
numbers [2] 7/16 20/14
nutshell [1] 21/2
NW [2] 1/16 1/21

**O**

oath [1] 17/20
object [7] 10/17 13/1 13/3 13/3 15/5 15/10 15/10
objection [1] 31/2
obtain [2] 9/21 28/10
obviously [4] 14/16 28/6 29/21 32/3

offense [1] 28/6
offer [1] 11/5
office [2] 2/12 19/13
Official [1] 1/24
Oh [1] 16/13
Okay [41]
old [1] 2/23
ones [2] 4/18 4/18
ongoing [1] 28/4
openly [1] 11/3
opposed [1] 14/5
opposite [1] 4/4
options [1] 20/4
order [3] 2/1 22/21 31/8
outstanding [2] 16/6 16/10
overage [1] 32/18
owned [1] 9/21

**P**

p.m [2] 1/9 33/11
page [3] 7/7 20/10 23/10
paid [2] 7/13 11/8
Palm [1] 1/19
paper [1] 26/25
paragraph [2] 7/7 7/15
Parkway [1] 1/21
part [6] 11/9 18/7 29/13 29/13 29/15 32/18
participation [2] 7/8 7/10
particular [2] 5/23 24/19
particularly [1] 3/14
patience [1] 11/12
pay [3] 8/10 31/17 32/19
payment [4] 8/19 10/7 11/5 11/5
payments [2] 10/14 10/19
pecuniary [1] 6/25
penalties [6] 7/3 8/7 8/16 9/1 14/24 22/4
penalty [4] 8/22 15/1 15/4 15/6
people [3] 17/7 20/1 29/15
percent [1] 3/9
period [2] 13/25 14/2
person [3] 11/6 11/6 11/7
personalized [1] 4/18
persons [2] 9/13 10/15
pieces [1] 20/18
PL [1] 1/20
place [1] 3/24
Plaintiff [1] 1/5
plan [3] 9/14 9/17

planning [1] 11/25
plea [21] 1/11 2/5 3/12 3/15 3/18 3/19 4/21 7/7 12/22 12/22 19/21 19/25 20/7 20/15 21/18 22/22 22/24 24/10 24/15 29/25 30/3
plead [3] 15/23 29/6 29/7
pleading [12] 11/18 11/23 16/22 17/14 18/3 19/1 19/5 19/11 19/17 20/20 22/9 29/8
POGOZELSKI [17] 1/15 2/8 2/9 9/8 11/13 12/23 17/3 18/11 23/9 24/7 24/14 24/18 27/5 28/12 30/20 31/19 32/15
point [1] 17/2
polite [1] 29/18
position [2] 28/13 31/23
possess [1] 19/14
possession [2] 15/21
possible [1] 8/22
possibly [1] 31/10
potential [1] 29/23
potentially [4] 20/17 28/3 28/9 28/18
predicated [1] 30/2
prepare [1] 25/18
prepared [1] 25/10
prescribe [2] 5/23 6/12
prescribed [2] 6/1 6/3
presence [1] 17/8
present [3] 18/8 19/2 31/10
presentence [1] 25/10
presenting [1] 13/8
presumed [1] 17/13
pretenses [2] 9/23 10/2
pretty [1] 12/18
previously [3] 14/15 31/6 31/7
prison [4] 8/3 8/12 15/1 29/2
privileges [1] 19/7
probably [4] 25/5 28/14 32/6 32/15
proceed [1] 24/8
proceedings [3] 1/11 33/11 33/16
process [1] 21/25
program [5] 8/20 9/21 9/22 9/25 11/9
prohibited [1] 19/19
promised [2] 25/22

promises [2] 9/24 10/3
pronounce [2] 2/25 3/3
pronunciation [1] 2/4
properties [4] 21/12 31/5 31/7 31/8
property [8] 9/21 20/12 20/18 20/24 21/1 21/13 31/9 32/19
prosecuting [1] 5/7
prosecutor [3] 9/4 31/20 31/25
prosecutors [1] 31/22
prove [4] 11/15 17/19 24/8 24/14
proven [1] 23/16
provided [2] 22/23 22/25
province [1] 25/25
proving [1] 17/11
psychiatrist [1] 5/15
psychologist [1] 5/15
public [1] 19/13
punishable [5] 6/22 8/2 8/12 15/11 29/1
purpose [2] 6/16 9/16
put [5] 14/21 16/3 28/16 32/13 32/20

**Q**

question [5] 5/21 21/7 22/11 23/23 26/22
questions [11] 4/1 4/2 4/17 7/22 9/5 9/7 17/21 18/11 24/24 26/13 27/22
quickly [2] 32/10 33/6
quirk [1] 13/22
quite [1] 4/4

**R**

RAAG [1] 1/12
raise [1] 3/21
range [2] 26/4 27/8
Raton [1] 1/22
reach [1] 32/14
reached [1] 13/4
read [2] 4/22 4/24
readdress [1] 28/17
reading [1] 4/15
ready [3] 14/9 15/17 15/18
real [1] 20/18
realize [1] 29/11
really [10] 3/17 4/4 5/21 6/16 9/8 14/24 16/5 16/19 21/23

Realtime [1] 33/15
reason [2] 7/18 25/9
reasonable [2] 17/12 23/17 24/10
receive [4] 8/10 10/13 10/18 27/4
received [3] 7/9 11/2 13/15
receiving [1] 10/25
recitation [1] 11/18
recommendation [1] 13/10
record [2] 19/7 33/16
reduced [2] 15/24 24/1
reduction [1] 29/23
refer [1] 11/6
regarding [4] 2/5 21/11 21/17 31/3
Registered [1] 33/14
reimbursement [1] 7/13
relate [2] 25/19 25/19
related [1] 10/3
relates [1] 25/11
relating [1] 23/25
relatively [1] 32/10
release [6] 6/24 8/3 8/13 8/23 15/2 29/2
released [1] 31/13
relevant [1] 22/7
remain [3] 18/13 18/20 30/8
remained [1] 18/16
remaining [2] 10/20 13/5
remember [1] 14/22
removed [1] 19/18
remuneration [1] 11/2
report [1] 25/10
Reporter [4] 1/23 1/24 33/14 33/15
representations [3] 9/23 10/3 32/1
represented [1] 29/19
represents [1] 26/9
request [6] 16/7 21/11 21/15 21/17 28/2 32/22
requests [1] 21/21
require [1] 31/20
required [1] 5/10
resolved [1] 32/15
respect [1] 11/22
restitution [5] 22/5 22/5 22/10 22/14 22/16
result [5] 7/8 7/10 20/13 20/14 31/5
reviewed [2] 14/11 14/12

**R**

rhyming [1] 2/24
RICHARD [5] 1/7 2/3
2/22 23/5 29/17
rid [1] 15/24
right [40]
rights [4] 3/13 13/11
16/22 30/2
RMR [2] 1/23 33/20
road [3] 20/7 25/8
25/9
room [1] 18/21
Rover [1] 20/17
Rueland [1] 11/25
Rule [1] 14/11
rules [1] 18/15

**S**

safe [1] 33/3
satisfied [1] 29/20
satisfies [1] 12/25
satisfy [1] 31/15
saw [2] 12/7 27/24
saying [4] 23/14
23/14 27/12 32/11
says [5] 7/7 20/24
23/5 29/20 31/21
scenario [1] 6/23
scheme [1] 9/20
school [2] 4/9 4/11
score [1] 26/15
seat [2] 3/23 17/9
seated [1] 17/8
second [5] 10/9
10/18 13/3 24/3 32/18
secretly [1] 11/4
section [2] 20/10
20/11
see [8] 2/9 2/10 2/14
2/19 23/6 30/5 33/4
33/4
seeing [1] 15/5
seized [1] 21/12
sell [3] 31/8 31/11
31/17
sense [3] 14/4 17/3
31/23
sentence [11] 13/10
25/16 25/20 25/22
26/10 26/11 27/4 27/7
27/7 27/8 27/10
sentencing [10] 13/4
13/23 25/6 25/8 25/19
25/25 26/3 26/13 28/2
29/5
separate [4] 7/25
22/3 22/4 32/7
serve [1] 19/13
service [1] 11/8
services [2] 2/12
10/8
set [5] 19/21 20/6
22/6 22/6 23/16

**S continued**

setting [1] 24/19
shortens [1] 13/25
shortly [1] 13/20
showed [1] 26/24
signature [2] 23/4
23/5 23/6 23/8
signatures [3] 23/1
23/2 23/8
signed [1] 23/7
signing [1] 23/10
silent [3] 18/13 18/16
18/20
similarly [1] 15/11
SINGHAL [2] 1/2
1/12
sir [6] 2/20 2/21 6/22
7/24 24/23 27/23
sit [3] 6/5 19/13
25/21
six [2] 8/19 8/22
sober [1] 6/8
sold [1] 21/13
sole [1] 25/25
solicited [1] 11/2
soliciting [1] 10/25
Solutions [1] 7/11
Sorry [3] 16/14 26/16
26/20
sorts [2] 25/12 25/14
sotto [4] 16/12 21/9
24/5 30/18
sought [2] 5/13 5/14
Sound [1] 1/21
sounds [2] 15/20
33/1
South [1] 1/18
SOUTHERN [2] 1/1
30/22
speak [5] 4/2 5/18
25/15 26/2 32/4
special [7] 2/11 6/25
8/5 8/14 8/24 29/3
31/22
specific [2] 7/15 28/5
specifically [1] 20/12
spoken [1] 5/16
standard [1] 12/2
start [1] 2/5
started [2] 14/22
14/23
starts [1] 13/25
state [1] 30/24
STATES [17] 1/1 1/4
2/2 2/8 6/21 8/1 8/10
8/11 8/21 9/11 10/12
10/13 10/17 11/1
19/17 28/25 32/8
status [1] 30/8
straight [1] 11/24
stressed [2] 12/11
12/12
stressing [1] 12/15
stuff [1] 32/20

**S continued (col 3)**

20/12 32/3
substance [1] 25/14
substantive [1] 10/20
sufficient [3] 13/16
28/9 30/2
Suite [1] 1/19
supervised [6] 6/23
8/3 8/13 8/23 15/2
29/2
Supreme [1] 12/1
sure [12] 3/12 4/4
9/10 10/10 13/19
21/25 22/12 24/4
26/25 30/16 32/5
32/14
surely [1] 31/15
swearing [1] 3/20
sworn [1] 3/22

**T**

table [2] 2/11 26/6
take [4] 4/1 11/23
17/20 33/5
taken [1] 21/18
talk [9] 3/6 12/5
12/21 16/21 17/9 25/4
26/10 26/15 31/25
talked [1] 15/16
talking [3] 3/17 4/20
15/3 26/15 27/24 28/7
31/25
taxes [1] 32/19
technical [2] 4/11
4/22
tell [1] 25/6
telling [1] 3/22
tells [1] 6/15
ten [6] 8/3 8/22 15/6
15/13 25/8 29/1
terms [8] 2/4 4/23 5/7
7/2 13/10 13/10 15/16
15/17
testified [1] 18/14
testify [2] 18/13 26/2
testimony [1] 18/15
tests [1] 7/12
Thank [12] 4/6 11/12
11/13 12/17 22/2
22/20 25/3 33/2 33/7
33/8 33/9 33/10
therapist [2] 5/18 6/3
thereabouts [1]
31/12
thing [4] 5/17 16/9
25/4 25/5
things [9] 3/9 4/14
12/6 14/3 19/20 23/15
25/14 26/11 31/17
think [19] 3/2 5/19
10/20 23/19 24/1
24/19 24/22 27/6 27/7
27/8 28/8 28/9 28/12
29/10 29/13 30/20

**T continued (col 4)**

third [1] 11/10
thought [2] 2/25
18/10 21/25
three [11] 6/23 8/3
8/12 8/23 10/2 12/13
15/1 20/18 23/10 29/2
31/7
three-page [1] 23/10
thrown [1] 14/4
tied [2] 31/5 31/9
time [7] 4/1 11/24
16/15 28/6 28/9 28/18
29/5
Title [1] 8/21
today [19] 3/6 3/24
4/2 5/20 6/5 6/14
11/23 14/14 15/17
15/21 15/23 16/16
23/2 24/1 25/21 29/6
29/18 30/14 31/11
today's [4] 14/9
15/18 23/3 25/9
TODD [2] 1/21 2/18
told [3] 3/11 14/23
26/12
top [1] 23/4
transcript [2] 1/11
33/16
travel [1] 30/24
treatment [4] 5/10
5/13 5/14 6/11
trial [10] 16/18 16/24
17/2 17/6 17/15 17/19
20/21 23/15 24/8
24/13
try [2] 9/14 10/16
turn [1] 24/12
twice [1] 6/24
two [13] 3/25 6/7
9/12 9/13 9/16 9/25
10/15 11/5 12/6 28/7
28/14 29/19 31/3
type [2] 8/4 8/13
types [1] 5/23
typical [1] 20/1

**U**

U.S [1] 1/13
Uh [1] 26/7
Uh-huh [1] 26/7
Uhm [2] 5/16 16/11
23/21
Ultimately [1] 26/3
understand [23] 4/5
4/24 7/20 8/6 8/15
8/25 12/9 16/23 17/16
18/5 19/3 19/11 19/15
19/16 19/22 19/23
20/5 20/8 20/20 21/4
22/9 23/13 32/24
understanding [4]
5/5 5/22 6/6 31/25
understands [2] 3/13

**U continued / V (col 5)**

Understood [2] 12/5
32/23
UNITED [17] 1/1 1/4
2/2 2/8 6/21 8/1 8/10
8/11 8/21 9/11 10/12
10/13 10/17 10/25
19/17 28/25 32/8
unlawful [3] 9/14
9/16 10/16
unusual [1] 13/23
use [6] 5/7 5/10 5/10
25/15 28/18 32/12

**V**

value [1] 17/23
variety [1] 20/3
vehicle [2] 20/17
20/17
versus [2] 2/3 26/5
victims [1] 22/17
violation [2] 9/11
10/25
voce [4] 16/12 21/9
24/5 30/18
voluntarily [1] 30/1
vote [1] 19/13

**W**

waiver [1] 30/1
want [11] 3/20 3/24
11/23 12/12 16/18
17/2 19/8 23/22 25/4
28/16 29/7
wanted [6] 16/24
18/8 21/14 26/25
32/21 32/22
wants [3] 3/11 3/13
21/7
War [1] 2/23
Washington [1] 1/17
way [11] 4/19 9/13
10/15 13/7 13/8 14/7
16/19 17/18 18/14
18/24 20/15
ways [1] 18/9
we've [4] 13/4 13/24
26/24 30/20
weapon [1] 19/14
week [3] 13/24 23/1
28/7
weeks [1] 25/8
WEICHOLZ [5] 1/20
1/21 2/18 14/9 24/21
weigh [2] 7/19 31/20
weighing [1] 25/5
welcome [1] 26/21
well [15] 2/10 2/14
4/10 4/25 12/18 14/7
14/13 19/2 21/13
21/22 23/9 29/13
29/19 29/23 32/15
Well-explained [1]
21/22

**W**

**went [7]**  4/11 5/3 5/4
14/17 14/23 15/21
25/18
**West [1]**  1/19
**willfully [3]**  9/17 10/4
11/11
**wire [7]**  6/21 9/12
9/15 13/3 14/25 15/5
15/10
**witness [1]**  18/15
**witnesses [4]**  17/20
17/22 18/10 26/2
**work [5]**  15/21 16/2
18/24 20/3 28/10
**worked [2]**  16/5
29/21
**works [3]**  25/7 26/13
27/11
**world [2]**  2/23 25/21
**worries [5]**  5/19
10/23 11/13 14/6
16/15
**worry [2]**  12/16 12/19
**worse [1]**  12/10
**worst [1]**  6/22
**worst-case [1]**  6/22
**writing [1]**  4/15
**written [2]**  19/25
31/21
**wrong [1]**  5/14

**Y**

**yeah [2]**  5/2 29/11
**year [1]**  12/1
**years [5]**  8/3 8/12
15/1 15/13 29/1
**years' [9]**  6/23 6/23
8/3 8/13 8/22 8/23
15/1 15/6 29/2
**yesterday [1]**  16/7
**York [1]**  1/16

**Z**

**zero [1]**  22/6