SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT **Richard Louis Garipoli**   CASE NO. **19-80196-CR-Singhal**

Deputy Clerk **Valarie Thompson**   Court Reporter **Karl Shires**   DATE **1-5-24**

USPO **Aundrea Caldwell** AUSA **Alex Pogozelski**   Deft's Counsel **Todd Weicholz / Leonard Feuer**

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

Imprisonment   Years ___   Months **57**   Counts **I**

Supervised Release **3 Years as to Count I of the Indictment**
**Defendant's Motion for Downward Departure is Denied**

✓ Court advised the Defendant of his/her right to appeal   ___ Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby **Granted**

Assessment $ **100.00 /H**   Fine $ **0**   Restitution $ **6,332,942** Joint and Several Restit. with defendants in docket numbers **20-00165-CR-Scriven   19-60275-CR-Moreno   19-80181-CR-Ruiz   19-60277-CR-Moreno   19-80197-CR-Viffer**

___ Data Encryption
___ Computer Possession Restriction
___ No Contact with Minors   ___ No Contact with Minors in Employment   ___ Sex Offender Treatment
___ No Involvement Youth Organization   ___ Sex Offender Registration   ___ Adam Walsh Act Search
___ Offense Related Computer Restriction   ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination   ___ Permissible National Business Travel   X No New Debt
___ Anger Control/Domestic Violence   ___ Community Service   ___ Related Concern Restriction
___ Mental Health Treatment   ___ Substance Abuse Treatment   X **Health Care Business Restriction**
___ Employment Requirement   ___ Cooperating IRS   X Association Restriction   ___ Forfeiture
X Self-Employment Restriction   ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records   ___ Employment Solicitation Restriction   X Financial Disclosure
___ Location Monitoring Program   ___ Relinquishment of Licensure   ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment   ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling   X Unpaid Restitution, fines, special assessments   ___ Permissible Search

CUSTODY

___ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on **3/7/24 by noon**

Commitment Recommendation: _____